| | |
|---|---|
| Jared T. Walker (SB#269029) | |
| 5750 Sunrise Blvd., suite 130 | |
| Citrus Heights, CA 95610 | |
| T: (916) 476-5044 | |
| F: (916) 476-5064 | |
| jared@jwalker.law | |

Attorney for Plaintiff,
CHRISTINE LEMAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LEMAY, | Case No.: 2:18-cv-02272-DMC |
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations for the Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until February 19, 2019. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to conflicting deadlines in unrelated matters. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: January 18, 2019        Respectfully submitted,


                               /s/ *JARED WALKER*
                               Jared T. Walker,
                               Attorney for Plaintiff

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 |                                                             MCGREGOR W. SCOTT |

```
 1   SO STIPULATED:
 2                                           MCGREGOR W. SCOTT
                                             United States Attorney
 3
 4     Dated: January 18, 2019        By:    /s/ Allison J. Cheung*
                                             (*authorized 1/18/2019 by e-mail on)
 5                                           Allison J. Cheung
                                             Special Assistant United States Attorney
 6                                           Attorneys for Defendant
 7
 8                                           ORDER
 9
10   APPROVED AND SO ORDERED:
11
12   Dated:  January 29, 2019
                                             _____
13                                           DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE
14
```