Jared T. Walker (SB#269029)
5750 Sunrise Blvd., suite 130
Citrus Heights, CA 95610
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
CHRISTINE LEMAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTINE LEMAY, | Case No.: 2:18-cv-02272-DMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until March 21, 2019. This is Plaintiff's second and final request for an extension of time. Plaintiff's counsel has been unable to timely prepare Plaintiff's opening brief due to beginning a full time position at a law firm in the past month while remaining solely responsible for his own matters, which have involved deadlines during the previous 30 days in multiple other social security appeals, a state court criminal appeal, a pro bono fee arbitration, and post-trial motions and hearings in a state court action. Counsel apologizes to the Court and defendant for the inconvenience this extension may cause. With the Court's approval, the parties stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: February 19, 2019            Respectfully submitted,


                                    /s/ *JARED WALKER*
                                    Jared T. Walker,
                                    Attorney for Plaintiff

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 | MCGREGOR W. SCOTT |

SO STIPULATED:

                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: February 19, 2019       By:   /s/ *Allison J. Cheung\**
                                            (\**authorized  by e-mail on 2/19/2019*)
                                            Allison J. Cheung
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

                                                      <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 20, 2019                             _[signature]_
                                                             DENNIS M. COTA
                                                             UNITED STATES MAGISTRATE JUDGE